**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Pete DIAZ, Defendant–Appellant.**

**No. 08–10877**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Cody Lee Skipper, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

---

Brian Edward Murray, Lubbock, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Pete Diaz presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.